UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE MILLER, on behalf of himself and all other persons similarly situated,

                     Plaintiff,

      -against-

BUILDING SERVICES INC., MICHAEL A. GOMEZ, and VIVIAN GOMEZ,

                     Defendants.
------------------------------------------------------------------------X

Docket No.: 24-CV-4814
        (NJC)(SIL)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Matthew J. Farnworth, Esq. and all exhibits attached thereto, Plaintiff's memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on a date and time to be determined by the Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order, pursuant to Fed. R. Civ. P. 55: (1) entering a default judgment in Plaintiff's favor against Defendants BUILDING SERVICES INC., MICHAEL A. GOMEZ, and VIVIAN GOMEZ; (2) awarding Plaintiff damages of $7,609.50 for unpaid overtime wages under the FLSA and NYLL; (3) awarding Plaintiff damages of $7,609.50 for liquidated damages under the NYLL; (4) awarding Plaintiff damages of $5,000.00 for violations of NYLL § 195(1); (5) awarding Plaintiff damages of $5,000.00 for violations of NYLL § 195(3); (6) awarding Plaintiff damages of $107,991.43 for violations of the NYLL § 191; (7) awarding Plaintiff's counsel attorneys' fees in the amount of $9,000.00, (8) awarding Plaintiff's counsel advanced litigation expenses in the amount of $660.00, (9) awarding pre-judgment interest under the NYLL; (10) awarding post-judgment interest under federal law; (11) alternatively,

scheduling an evidentiary hearing to establish the amount of damages owed to Plaintiff; and (12) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) and 6.4 of the Local Rules of the Eastern District of New York, Defendants' opposition papers, if any, are to be served on or before December 30, 2024; and Plaintiff's reply papers, if any, are to be served on or before January 6, 2025.

Dated: Hauppauge, New York
December 16, 2024

                                          ROMERO LAW GROUP PLLC
                                        *Attorneys for Plaintiff*
                                        490 Wheeler Road, Suite 277
                                        Hauppauge, New York 11788
                                        Tel.: (631) 257-5588

By: _____
                                        MATTHEW J. FARNWORTH, ESQ.
                                        PETER A. ROMERO, ESQ.

TO: Building Services Inc.
741 Park Avenue,
Huntington, New York 11743

Michael A. Gomez
741 Park Avenue,
Huntington, New York 11743

Vivian Gomez
741 Park Avenue,
Huntington, New York 11743

2